LEON LEOB, as Assignee, etc., Appellant, *v.* PHILIP LEVIN, Respondent.

(Submitted March 15, 1889; decided March 26, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 19, 1884, which reversed a judgment in favor of plaintiff, entered upon the report of a referee and directed a new trial.

*Baker & Schwartz* for appellant.

*George U. Loveridge* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

GEORGE C. GENET, Appellant, *v.* THE CITY OF BROOKLYN, Respondent.

(Argued March 18, 1889; decided April 16, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 27, 1886, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

The case is reported on former appeals. (94 N. Y. 645; 99 id. 296.)

The court here state, in substance, that the questions sought to be raised by the appellant have been already decided in the former appeals, and that the findings and decision here are in accord with the principles there laid down.

*George C. Genet,* appellant, in person.

*D. D. Whitney, Jr.,* for respondent.

POTTER, J., reads for affirmance.
All concur, BROWN; J., concurring in result.
Judgment affirmed.